UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Steven Swan

    v.                                            Civil No. 06-fp-458

Paul Barbadoro, et al.

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

December 15, 2006

cc:  Steven A. Swan, pro se