```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Steven Swan**

    **v.**                                                   Civil No. 06-fp-458

**Paul Barbadoro, et al.**


**O R D E R**

    I hereby recuse myself from this case as I am a named defendant.

    SO ORDERED.


                                             /s/Paul Barbadoro
                                             Paul Barbadoro
                                             United States District Judge

December 15, 2006

cc: Steven A. Swan, pro se