**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Steven Swan

    v.                                                Civil No. 06-fp-458

Paul Barbadoro, et al.

**ORDER OF RECUSAL**

I hereby recuse myself from this case.

**SO ORDERED.**

                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: December 19, 2006

cc:    Steven A. Swan, pro se