UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Steven Swan

    v.                                         Civil No. 06-fp-458

Paul Barbadoro, et al.


**ORDER OF RECUSAL**

I hereby recuse myself from this case.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 19, 2006

cc:   Steven A. Swan, pro se