```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF N.H.
                                                   FILED

                                              2007 JAN -5 P 12:05
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Steven A. Swan

    v.                                              Civil No. 06-fp-458

Paul Barbadoro, et al.



### O R D E R

All of the judges in this district were recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).


**SO ORDERED.**

                                                                       Steven J. McAuliffe
                                                                       Chief Judge

December 28, 2006

cc:  Clerk, USDC, Maine
     Steven A. Swan, pro se

## Concurring Order

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Kravchuk is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the district judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date: 1/3/07

cc: Steven A. Swan, pro se