UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| STEVEN A. SWAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 06-fp-458 |
| | ) | |
| PAUL J. BARBADORO, et al., | ) | |
| | ) | |
| Defendants | ) | |

ORDER GRANTING LEAVE TO PROCEED
*IN FORMA PAUPERIS*

Plaintiff, an inmate at the Federal Medical Center, Devens, seeks leave to proceed *in forma*

*pauperis*. The Application to proceed *in forma pauperis* has been completed and is accompanied by

a Certificate signed by an authorized individual from the Institution. The Certificate evidences that the

applicant has $32.57 in his account as of December 2, 2006; that over the last six months the average

monthly deposits have been $202.79 and the average monthly balance has been $92.02.

The application is GRANTED, however, pursuant to 28 U.S.C. section 1915(b)(1), Plaintiff is

required to pay the entire filing fee in this matter as funds become available. An initial partial filing fee is

hereby ASSESSED in the amount of $40.56. In the event Plaintiff elects to proceed with this matter

and so notifies the Court, the initial partial filing fee shall be forwarded by the institution as soon as funds

are available. Subsequent payments **of twenty percent (20%) of Plaintiff's prior monthly income**

shall be forwarded directly **by the institution** each time the amount in the inmate's account exceeds

$10.00 until such time as the entire filing fee of $350.00 has been paid. Plaintiff is advised that, in the

Dockets.Justia.com

event he is released from incarceration prior to the filing fee of $350.00 being paid in full, he is still required to pay the entire filing fee, absent further order of the court relieving him of the obligation.

In addition, Plaintiff is hereby on notice that the Court may dismiss this action if it:

(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or

(2) seeks monetary relief from a defendant who is immune from such relief.

28 U.S.C. § 1915A(b). If the Court does dismiss the action under this section, Plaintiff will still be required to pay the filing fee in full.

Further, Plaintiff is hereby on notice that a prisoner with three in forma pauperis actions dismissed under section 1915(e) may not thereafter, absent "imminent danger of serious physical injury, file a new action without prepayment of the entire filing fee. 28 U.S.C. § 1915(g).

Additionally, pursuant to New Hampshire Local Rule 4.3 (2) (A)- (C), all initial filings and any subsequent amendments thereto will be forwarded to the undersigned magistrate judge for preliminary review, whether or not a filing fee has been paid. Plaintiff is also on notice that all filings by pro se parties shall be on forms provided by the clerk's office or in a format substantially conforming to such forms and New Hampshire Local Rule 5.1.

Now therefore, Plaintiff shall notify the Court no later than February 8, 2007, whether he intends to incur the cost of the filing fee and proceed with this action, or whether he intends to forego this litigation at this time. If Plaintiff elects to proceed, the written notification shall clearly indicate that Plaintiff understands his obligation to pay the full $350 filing fee as funds are available, and that he nevertheless wishes to proceed with the action. Failure to fully comply with this Order will result in the issuance of a recommendation to dismiss the Complaint. A copy of this Order shall be forwarded to the

Business Office of the Federal Medical Center, Devens, *following* Plaintiff's **indication to the Court**

**that he intends to go forward with this matter and incur the $350.00 cost of suit.**

SO ORDERED.

Dated January 8, 2007.                          /s/ Margaret J. Kravchuk
                                                U.S. Magistrate Judge