UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Steven A. Swan

v.                          Civil No. 06-cv-458-GZS

Paul J. Barbadoro, et al


O R D E R


After due consideration of the objection filed, I herewith approve and adopt

the Report and Recommendation of Magistrate Judge Kravchuk dated January 24,

2007.  The complaint is dismissed pursuant to 28 U.S.C. § 1915A(b)(1).

SO ORDERED.


February 13, 2007                    /s/George Z. Singal_____
                                     George Z. Singal
                                     Chief Judge, Sitting by Designation


cc:     Steven A. Swan, pro se