UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEVEN A. SWAN, )<br>)<br>    Plaintiff  )<br>)<br>v.  )<br>)<br>PAUL J. BARBADORO, et al.,  )<br>)<br>    Defendants  ) | Civil No. 1:06-cv-458-GZS |

**ORDER GRANTING MOTION TO
PROCEED ON APPEAL <u>IN FORMA PAUPERIS</u>**

Plaintiff's motion to proceed on appeal <u>in forma pauperis</u> is **GRANTED,** but pursuant to 28 U.S.C. § 1915, as amended, the full filing fee must be paid as follows: the sum of $40.56 was due no later than February 8, 2007 (and has been paid). In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted each time the amount in the account exceeds $10.00 until the sum of $455.00 (the filing fee for this appeal) has been paid, in addition to the $350.00 (the filing fee for the underlying complaint) previously ordered for a total due of $805.00.

Failure to pay the fee as ordered will result in dismissal of the appeal. In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

*So Ordered.*

    Dated March 14, 2007                                /s/ Margaret J. Kravchuk
                                                                 U.S. Magistrate Judge

cc:  Steven A. Swan, pro se
      Bonnie S. Reed, USDC-NH Financial Administrator
      Inmate Accounts, FMC-Devens